UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAYLIEN WEAVER,

      Plaintiff,

v.

WAYNE COUNTY JUVENILE
DETENTION FACILITY, et al.,

      Defendants.
_____/

Case No. 2:25-cv-11933

HONORABLE STEPHEN J. MURPHY, III

## ORDER GRANTING WITHDRAWAL

Plaintiff filed a proposed order to withdraw Attorney Elizabeth K. Abdnour as counsel. The order explains that Attorney Abdnour filed the case and filled in for Attorney David Cornish while he was on bereavement leave. Attorney Cornish filed a Notice of Appearance on July 23, 2025. ECF No. 3. Because Attorney Cornish is prepared to move forward representing Plaintiff, the Court will allow the withdrawal.

**WHEREFORE**, it is hereby **ORDERED** that Attorney Elizabeth K. Abdnour is **WITHDRAWN** as counsel for Plaintiff.

**IT IS FURTHER ORDERED** that the Clerk of Court must **REMOVE** Attorney Elizabeth K. Abdnour from receiving electronic notices in the above case.

**SO ORDERED.**

                                      s/ Stephen J. Murphy, III
                                      STEPHEN J. MURPHY, III
                                      United States District Judge

Dated: August 19, 2025